# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-3837

_____

TERRY A. GAINES,

Petitioner,

v.

MARK S. INCH, Secretary,
Florida Department of
Corrections,

Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.


February 5, 2019


PER CURIAM.

DISMISSED. *See Baker v. State*, 878 So. 2d 1236 (Fla. 2004).

MAKAR, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Terry A. Gaines, pro se, Petitioner.

Ashley B. Moody, Attorney General, Tallahassee, for Respondent.